# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CELIA CASTELAZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ESTEE LAUDER COMPANIES, INC.,<br><br>Defendant. | Case No. 1:22-cv-04157-NRB<br><br>Hon. Naomi Reice Buchwald<br><br>Magistrate Judge Sarah L. Cave<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Celia Castelaz initiated the above-captioned action against Defendant Estee Lauder Companies, Inc. on May 20, 2022. Defendant has not yet served an answer or filed a motion for summary judgment. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Celia Castelaz hereby voluntarily dismisses the above-captioned action without prejudice, and with each party to bear its own fees and costs.

Dated: September 23, 2022

Respectfully submitted,

*/s/Steven M. Nathan*
STEVEN M. NATHAN
snathan@hausfeld.com
**HAUSFELD LLP**
33 Whitehall St., 14th Floor
New York, New York 10004
Telephone: (646) 357-1100

JAMES J. PIZZIRUSSO*
jpizzirusso@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 540-7200

ADAM J. LEVITT
alevitt@dicellolevitt.com
AMY E. KELLER*
akeller@dicellolevitt.com

NADA DJORDJEVIC*
ndjordjevic@dicellolevitt.com
JAMES A. ULWICK*
julwick@dicellolevitt.com
**DiCELLO LEVITT LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

*Counsel for Plaintiff and the Proposed Class*

*Admitted Pro Hac Vice